ACCEPTED
01-14-816-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 2:13:46 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-816-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 2:13:46 PM
CHRISTOPHER A. PRINE
Clerk

Curocom Energy LLC and Curo Holdings Co. Ltd.
Plaintiff/Appellants,
v.
Woong Soon Eem and Jason Kim,
Defendant/Appellees.

Appeal from the 165th Judicial District Court, Harris County, Texas
Cause No. 2009-06630

**AMENDED CERTIFICATE OF SERVICE**

Alexander C. Chae
State Bar No. 04056090
achae@gardere.com
Scott D. Ellis
State Bar No. 24044606
sellis@gardere.com

Stacy R. Obenhaus
State Bar No. 15161570
sobenhaus@gardere.com
John MacVane
State Bar No. 24085444
jmacvane@gardere.com

GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
Telephone: 713.276.5500
Facsimile:  713.276.5555

COUNSEL FOR CUROCOM ENERGY LLC AND CURO HOLDINGS CO. LTD.

Pursuant to Texas Rule of Appellate Procedure 9.5(e), I hereby certify that,

on April 13, 2015, I served and attempted to serve the BRIEF OF APPELLANTS,

filed by Curocom Energy LLC and Curo Holdings Co. Ltd. on April 13,

2015 as follows:

A. **By email to Mr. Eem and Mr. Kim's email address as listed on their previous counsel's motion to withdraw**.  Attached as Exhibit A is the email that I sent as service, with a copy of the brief attached, on April 13, 2015 to:

Jason Kim                         and         Woong Soon Eem
jkim721@gmail.com                             wseem@hanmail.net
                                              and
                                              wseem@hanmail.com

The email to wseem@hanmail.com was returned as undeliverable, but the email to wseem@hanmail.net appears to have been delivered.

B. **By DHL international delivery service and registered mail to Mr. Eem's first address, as listed on his previous counsel's motion to withdraw**.  Attached as Exhibit B is the letter that I sent as service, with a copy of the brief enclosed, on April 13, 2015 to:

Woong Soon Eem
249-8, Youngdap-dong
Seongdong-gu
Seoul, 133-851, Korea

B-1. Exhibit B-1 is a delivery confirmation reflecting that the letter and brief were delivered on April 15, 2015.

Gardere01 - 6587619v.1

C.   **By DHL international delivery service and registered mail to Mr. Eem's second address, as listed on his previous counsel's motion to withdraw**.  Attached as Exhibit C is the letter that I sent as service, with a copy of the brief enclosed, on April 13, 2015 to:

Woong Soon Eem
Recents APT241-101
Jamsil-dong 22, songpa-ga
Seoul, Republic of Korea

D.   **By DHL international delivery service and registered mail to Mr. Kim's address, as listed on his previous counsel's motion to withdraw**.  Attached as Exhibit D is the letter that I sent as service, with a copy of the brief enclosed, on April 13, 2015 to:

Jason Kim
Yongsan-Gu Seobinggo-Dong
Shindonga
Apartment 16-1203
Seoul, Korea

D-1.  Exhibit D-1 is a delivery confirmation reflecting that the letter and brief were delivered on April 15, 2015.

E.   **By the Court's electronic service.**  I also served Mr. Eem and Mr. Kim by adding their email addresses to the Court's electronic service provider and requesting that the Court's system serve them as follows:

Jason Kim                                    and        Woong Soon Eem
jkim721@gmail.com                                  wseem@hanmail.net

The service to wseem@hanmail.net was returned as undeliverable, but all other service appears to have been delivered.

3

Respectfully submitted,

*/s/ John MacVane*

| | |
|---|---|
| Alexander C. Chae | Gardere Wynne Sewell LLP |
| State Bar No. 04056090 | 1000 Louisiana, Suite 3400 |
| achae@gardere.com | Houston, Texas 77002 |
| Scott D. Ellis | Tel: 713.276.5500 |
| State Bar No. 24044606 | Fax: 713.276.5555 |
| sellis@gardere.com | |
| Stacy R. Obenhaus | |
| Texas Bar No. 15161570 | |
| sobenhaus@gardere.com | |
| John MacVane | Counsel for Appellants |
| State Bar No. 24085444 | Curocom Energy LLC and |
| jmacvane@gardere.com | Curo Holdings Co. Ltd. |

4

# Certificate of Service

I certify that a copy of this document was served by delivering it to the following on April 27, 2015, through this court's electronic case management system, registered mail, DHL delivery, and email:

**Woong Soon Eem**

Recents APT241-101
Jamsil-dong 22, songpa-ga
Seoul, Republic of Korea

-and-

249-8, Youngdap-dong
Seongdong-gu
Seoul, 133-851, Korea

T: (016) 7026130

-or-

(822) 34486767

wseem@hanmail.net

**Jason Kim**

Yongsan-Gu    Seobinggo-Dong
Shindonga
Apartment 16-1203
Seoul, Korea

T: (010) 64795537

jkim721@gmail.com

/s/ John MacVane
John MacVane

Gardere01 - 6587619v.1

**MacVane, John**

| | |
|---|---|
| **From:** | MacVane, John |
| **Sent:** | Monday, April 13, 2015 5:17 PM |
| **To:** | 'wseem@hanmail.net'; 'jkim721@gmail.com'; 'wseem@hanmail.com' |
| **Cc:** | Chae, Alex; Ellis, Scott; Obenhaus, Stacy; Hamrick, Tonie; Taylor, Kathy; Park, Jennifer |
| **Subject:** | FW: Curocom Energy LLC, et al. v. Woong Soon Eem and Jason Kim, Cause No. 2009-06630, on appeal to the First Court of Appeals in Cause No. 10-14-816-CV |
| **Attachments:** | Brief of Appellants (Service).pdf |

Dear Mr. Eem and Mr. Kim,

Attached please find a brief appealing the Court's take noting judgment in your favor in the above-captioned matter.

Feel free to call or email me with any questions. If you are represented by a lawyer in this matter, please have your lawyer call or email me.

Regards,

John MacVane


임응순 귀하,

위 표제 사건 관련하여 제 1 심 법원에서 내린 피고 승소 판결에 대한 항소이유서를 첨부하오니 확인 부탁드립니다.

전화를 걸거나 질문이 나에게 이메일을 보내 주시기 바랍니다. 변호사 는 이 문제 에서 당신을 나타내는 경우 , 변호사 가 나 한테 전화 해야 해주십시오.

발신인

John MacVane
**Gardere Wynne Sewell LLP**

1000 Louisiana, Suite 3400 | Houston, TX 77002
713.276.5281 direct
713.489.2935 cell
713.276.6281 fax
Gardere | Bio | vCard



Austin | Dallas | Houston | Mexico City



**EXHIBIT A**

**GARDERE**

*attorneys and counselors ▪ www.gardere.com*

JOHN MACVANE
Direct: 713-276-5281
Direct Fax: 713-276-6281
jmacvane@gardere.com

April 13, 2015

RE 404 954 896 US

**VIA REGISTERED MAIL and
DHL INTERNATIONAL**
Woong Soon Eem
249-8, Youngdap-dong
Seongdong-gu
Seoul, 133-851, Korea

Re:     No. 01-14-816-CV; *Curocom Energy LLC and Curo Holdings Co. Ltd. v. Woong Soon Eem and Jason Kim*; In the First Court of Appeals, Houston, Texas; Our File No. 134301.001

Dear Mr. Eem:

Attached please find a brief appealing the Court's take nothing judgment in your favor in the above captioned matter.

Regards,

John MacVane

임웅순 귀하,

위 표제 사건 관련하여 제1심 법원에서 내린 피고 승소 판결에 대한 항소이유서를 첨부하오니 확인 부탁드립니다.

발신인

John MacVane

Gardere01 - 6581450v.2

GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400, Houston, Texas 77002-5011 ▪ 713.276.5500 Phone ▪ 713.276.5555 Fax
Austin ▪ Dallas ▪ Houston ▪ Mexico City

**EXHIBIT B**



27 April 2015

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 3318920426.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 3318920426 was delivered on 15 April 2015 at 15:20**

| | | | |
|---|---|---|---|
| **Signed** | KIM MIYEON | **Destination Service Area** | SEOUL<br>KOREA, REPUBLIC OF<br>(SOUTH K.) |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600001709711745 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | HOUSTON<br>UNITED STATES OF AMERICA |
| **Picked Up** | 13 April 2015 at 17:34 | **Shipper Reference** | 134301/1 |

**EXHIBIT B-1**



EXPRESS WORLDWIDE

XPD

DHL Online

From: GARDERE WYNNE SEW
M. Ramos  Phone:713-276-5883
1000 LOUISIANA ST #3300 34TH FLOOR
HOUSTON TX 77002
United States

Origin:
IAH

To:  Woong Soon Eem
249-8, Youngdap-dong
Seongdong-gu

Contact:
Woong Soon Eem
167026130

133-851, SEOUL
Korea, Republic of

KR-SEL-SOS

Ref-Code: 134301/1

Date:
2015-04-13

Shpt Weight:
0.5 lb

Day        Time:

These commodities, technology, or software were exported from the United States in accordance with
the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents

Piece:

1/1

WAYBILL 33   1892   0426

(2L)KR133-851+32000000

(J)JD01 4600 0017 0971 1745

---

Please fold or cut in half

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

**EXHIBIT B-1**

**GARDERE**

*attorneys and counselors ▪ www.gardere.com*

JOHN MACVANE
Direct: 713-276-5281
Direct Fax: 713-276-6281
jmacvane@gardere.com

April 13, 2015

RE 404 954 882 US

***VIA REGISTERED MAIL and***
***DHL INTERNATIONAL***
Woong Soon Eem
Recents APT241-101
Jamsil-dong 22, songpa-ga
Seoul, Republic of Korea

Re:   No. 01-14-816-CV; *Curocom Energy LLC and Curo Holdings Co. Ltd. v. Woong Soon Eem and Jason Kim*; In the First Court of Appeals, Houston, Texas; Our File No. 134301.001

Dear Mr. Eem:

Attached please find a brief appealing the Court's take nothing judgment in your favor in the above captioned matter.

Regards,

John MacVane

임응순 귀하,

위 표제 사건 관련하여 제1심 법원에서 내린 피고 승소 판결에 대한 항소이유서를 첨부하오니 확인 부탁드립니다.

발신인

John MacVane

GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400, Houston, Texas 77002-5011 ▪ 713.276.5500 Phone ▪ 713.276.5555 Fax  **EXHIBIT C**
Austin ▪ Dallas ▪ Houston ▪ Mexico City

**GARDERE**

*attorneys and counselors ▪ www.gardere.com*

JOHN MACVANE
Direct: 713-276-5281
Direct Fax: 713-276-6281
jmacvane@gardere.com

April 13, 2015

RE 404 954 905 US

**VIA REGISTERED MAIL and**
**DHL INTERNATIONAL**
Jason Kim
Yongsan-Gu Seobinggo-Dong
Shindonga
Apartment 16-1203
Seoul, Korea

Re:     No. 01-14-816-CV; *Curocom Energy LLC and Curo Holdings Co.*
        *Ltd. v. Woong Soon Eem and Jason Kim*; In the First Court of
        Appeals, Houston, Texas; Our File No. 134301.001

Dear Mr. Kim:

Attached please find a brief appealing the Court's take nothing judgment in your favor in the above captioned matter.

Regards,

John MacVane

GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400, Houston, Texas 77002-5011   ▪   713.276.5500 Phone   ▪   713.276.5555 Fax
Austin  ▪  Dallas  ▪  Houston  ▪  Mexico City

**EXHIBIT D**



27 April 2015

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 3318927743.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 3318927743 was delivered on 15 April 2015 at 16:11**

| | | | |
|---|---|---|---|
| **Signed** | JASON KIM GO | **Destination Service Area** | SEOUL KOREA, REPUBLIC OF (SOUTH K.) |
| **Signature** | 정비심 | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600001709712646 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | HOUSTON UNITED STATES OF AMERICA |
| **Picked Up** | 13 April 2015 at 17:34 | **Shipper Reference** | 134301/1 |

**EXHIBIT D-1**



**EXPRESS WORLDWIDE** | XPD | *DHL EXPRESS*

From: GARDERE WYNNE SEW
DHL Online
M. Ramos Phone: 713-276-5883
1000 LOUISIANA ST #3300 34TH FLOOR
HOUSTON TX 77002
United States

To: Jason Kim
Yongsan-Gu Seobinggo-Dong
Shindonga
Apartment 16-1203
100-011, SEOUL
Korea, Republic of

Origin: IAH

Contact: Jason Kim
1064795537

**KR-SEL-GVS**

Ref-Code: 134301/1

Date: 2015-04-13    Shpt Weight: 0.5 lb

Day    Time:    Piece: 1/1

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content: Legal Documents

WAYBILL 33    1892    7743

(2L)KR100-011+32000000

(J)JD01 4600 0017 0971 2646

---

Please fold or cut in half

# DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

**EXHIBIT D-1**

**MacVane, John**

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Monday, April 13, 2015 4:18 PM |
| **To:** | MacVane, John |
| **Subject:** | eFileTexas.gov – Notification of Service - 4855400 |



# Notification of Service
### Envelope Number: **4855400**

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 01-14-816-CV |
| **Case Style** | |
| **Date/Time Submitted** | 4/13/2015 4:14:42 PM |
| **Filing Type** | Brief Requesting Oral Argument |
| **Filed By** | Kathy Taylor |
| **Service Contacts** | Other Service Contacts not associated with a party on the case:<br><br>Scott Ellis (sellis@gardere.com)<br><br>Stacy Obenhaus (sobenhaus@gardere.com)<br><br>John MacVane (jmacvane@gardere.com)<br><br><br>Curo Holdings Company, Ltd.:<br><br>Alexander Chae (achae@gardere.com)<br><br><br>Jason Kim:<br><br>Jason Kim (jkim721@gmail.com)<br><br><br>Woong Soon Eem:<br><br>Woong Eem (wseem@hanmail.net) |

**EXHIBIT E**

| Document Details | |
|---|---|
| **File Stamped Copy** | https://efile.txcourts.gov/ViewServiceDocuments.aspx?ADMIN=0&SID=f68c0ba4-1074-4b21-a578-095de4a5c7e0&RID=125b9267-7573-493c-827b-8951fbcc0ab8 <br> This link is active for 7 days. |

Please do not reply to this email. It was generated automatically by eFileTexas.gov

2